UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against

EDWIN MARTINEZ-CASTILLO

(Alias) SALTARIN

Please PRINT Clearly

1:07-mj-01353-UA-1
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

NOTICE OF

APPEARANCE

TO:    JAMES M. PARKISON, CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE
ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ] CJA    2. [✓] RETAINED    3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [  ] NO    [✓] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO.  08  YR. 1996

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STAN-
DING FROM THE  NY  STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE
LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE
PRINT THE FOLLOWING INFORMATION CLEARLY

LUIS O. Diaz, Esq
Attorney for Defendant

Law Offices of LUIS O. Diaz, Esq.
Firm name if any

710 West 190th ST, Suite D
Street address

New York, NY    10040
City            State    Zip

212-942-6400
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186